# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIAN DAVID MATTHEWS

v.

PIERCE COUNTY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5131RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

Plaintiff's Proposed Amended Complaint does not cure the deficiencies addressed in the Report and Recommendation and is frivolous;

This action is DISMISSED WITH PREJUDICE prior to service as frivolous and malicious.

| | |
|---|---|
| April 4, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |